IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCY BINION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv513-WC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On March 10, 2008, Plaintiff filed a *pro se* Motion (Doc. #15) to reopen her case. The Commissioner does not oppose the reopening of this case (Doc. #17). Upon consideration of the Motion (Doc. #15), and for good cause, it is

ORDERED that the Motion (Doc. #15) is GRANTED. The Court will enter an Amended Scheduling Order setting forth the briefing deadlines for this matter.

Done this 25th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE